

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00145-CV

Arthur **BOUIER**,
Appellant

v.

**JEFF 1, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00448
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is unable to afford payment of costs; no costs of court are taxed for this appeal.

SIGNED June 9, 2021.

_____
Patricia O. Alvarez, Justice